**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Beevers, Robert M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-3355** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**1695 Lake Cook Road, #135**<br>**Highland Park, IL**<br><br>ZIP Code<br>**60035** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9   ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br><br>**Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ■ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

| Statistical/Administrative Information   *** JEFFREY C. DAN 06242750 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

(Official Form 1) (10/05)

FORM B1, Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Beevers, Robert M.** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **Northern District of Illinois** | Case Number:<br>**06-9862** | Date Filed:<br>**8/15/06** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Pre-Press Graphics Company Incorporated** | Case Number:<br>**02-8292** | Date Filed:<br>**3/04/02** |
| District:<br>**Northern** | Relationship:<br>**Employer** | Judge:<br>**Squires** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)       Date |

| Exhibit C | Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s) |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____<br>
        (Name of landlord that obtained judgment)

        _____<br>
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**(Official Form 1) (10/05)**                                                                                                    FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Beevers, Robert M.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Robert M. Beevers**
_____
Signature of Debtor **Robert M. Beevers**

**X**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 29, 2006**
_____
Date

### Signature of Attorney

**X** **/s/ JEFFREY C. DAN**
_____
Signature of Attorney for Debtor(s)

**JEFFREY C. DAN 06242750**
_____
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
_____
Firm Name
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

_____
Address

**312-641-6777**
_____
Telephone Number

**September 29, 2006**
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X**
_____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Prior Bankruptcy Filings

Case No. 05-64199, Northern District of Illinois, Filed 12/28/05

Case No. 06-1706, Northern District of Illinois, Filed 2/24/06

Case No. 06-9862, Northern District of Illinois, Filed 8/15/06

Form 6-Summary
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Robert M. Beevers**
,
Debtor

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,991.78 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 4 | | 3,365,509.85 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 49 | | 11,965,863.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,651.07 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,651.07 |
| Total Number of Sheets of ALL Schedules | | 64 | | | |
| Total Assets | | | 1,991.78 | | |
| Total Liabilities | | | | 15,331,373.68 | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert M. Beevers**                                                              ,        Case No. _____

                                                                    Debtor

                                                                               Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **1,800,000.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **1,281,009.23** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | **0.00** |
| Student Loan Obligations (from Schedule F) | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **0.00** |
| TOTAL | **3,081,009.23** |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Form B6A
(10/05)

In re   **Robert M. Beevers**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | | Sub-Total > | **0.00** | (Total of this page) |
|  | | Total > | **0.00** | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re    **Robert M. Beevers**                                    Case No. _____
                                                          ,
                          Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Wallet** | - | **15.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal Checking Account State Farm Bank PO Box 2316 Bloomington, IL 61702** | - | **76.78** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Residential Property Lease BGM 1755 Lake Cook Road Highland Park, IL 60035** | - | **500.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furniture & Fixtures 1695 Lake Cook Road, #135 Highland Park, IL 60035** **\*See attached sheet.** | - | **1,200.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing 1695 Lake Cook Road #135 Highland Park, IL 60035** | - | **200.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **1,991.78** |
| (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Robert M. Beevers**                                    ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Interest in Pre-press Graphic's Inc., May be  dissolved, filed bankrutpcy in Northern District of Illinois Case No. 02-8292** | **-** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Robert M. Beevers**                           ,      Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Total >      **1,991.78**

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                      Best Case Bankruptcy

## EXHIBIT

### Kitchen

2 stools
1 microwave
1 set of dishes for 4 people and silverware

### Livingroom

1 couch
1 love seat
1 coffee table
1 end table
2 lamps
1 CD rack
100 CD's
100 DVD's
1 mirror
1 set drum practice pads
2 small area rugs

### Bedroom

1 bed
1 night stand
1 lamp
1chair with ottoman
1 old Sony T.V. small screen
1 NAD stereo system from 1986
1 computer desk
1 Stool
1 Dell Laptop 1997
6 bath towels
2 sets of bed linens

### Misc

1 vacuum cleaner
1 sleeping bag
1- 18 year old Rolex wrist watch

Form B6C
(10/05)

In re   **Robert M. Beevers** _____,   Case No. _____
Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Wallet** | **735 ILCS 5/12-1001(b)** | **15.00** | **15.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Personal Checking Account** | **735 ILCS 5/12-1001(b)** | **76.78** | **76.78** |
| **State Farm Bank** | | | |
| **PO Box 2316** | | | |
| **Bloomington, IL 61702** | | | |
| | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Residential Property Lease** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **BGM** | | | |
| **1755 Lake Cook Road** | | | |
| **Highland Park, IL 60035** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household Furniture & Fixtures** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| **1695 Lake Cook Road, #135** | | | |
| **Highland Park, IL 60035** | | | |
| | | | |
| ***See attached sheet.** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **1695 Lake Cook Road** | | | |
| **#135** | | | |
| **Highland Park, IL 60035** | | | |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **Interest in Pre-press Graphic's Inc.,** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **May be  dissolved, filed bankrutpcy in Northern** | | | |
| **District of Illinois** | | | |
| **Case No. 02-8292** | | | |

| | | | |
|---|---|---|---|
| | Total: | **1,991.78** | **1,991.78** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6D
(10/05)

In re    **Robert M. Beevers**                                                      ,    Case No. _____
                                                Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

___0___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6E
(10/05)

In re    **Robert M. Beevers**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**3**_____ continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6E - Cont.
(10/05)

In re    **Robert M. Beevers**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nancy L. Beevers and Children<br>1250 Cavell Street<br>Highland Park, IL 60035** | - | | **June 2005 Uniform Order for Unallocated Support @ $15,000.00 per month commencing July 2, 2005 for a period of 120 months.** | | | | **1,800,000.00** | **1,800,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| **1,800,000.00** | **1,800,000.00** |
|---|---|

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re    **Robert M. Beevers**                                              ,    Case No. _____
                                      Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.  Illinois  Department of Labor 200 West Adams Street Suite 1600 Chicago, IL 60606 | - | | **2003, 2004 Salaries, Wages and 401(k) Contributions, Penalties and Interest not paid by Pre-Press Graphics Company, Incorporated FEIN 36-3658616 State ID 2195-1438** | | | X | **284,500.62** | **284,500.62** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **284,500.62** | **284,500.62** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re    **Robert M. Beevers**                                              ,    Case No. _____

                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **E038946809**<br><br>**Department of Finance**<br>**City of New York**<br>**Church Street Station PO Box 3606**<br>**New York, NY 10008** | | - | **May 2005**<br>**Parking Violation** | | | | **195.00** | **0.00** |
| Account No.<br><br>**Illinois Department of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794** | | - | **WIT-2004, Q1 Taxes, Interest and Penalties not paid by Pre-Press Graphics Company, Incorporated FEIN 36-3658616 State ID 2195-1438** | | | X | **30,814.23** | **30,814.23** |
| Account No.<br><br>**Internal Revenue Service**<br>**8125 North River Drive, Suite 103**<br>**Morton Grove, IL 60053** | | - | **2002, 2003, 2004 941 payroll Taxes, Interest and Penalties not paid by Pre-Press Graphics Company, Incorporated FEIN 36-3658616** | | | X | **1,250,000.00** | **1,250,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **1,281,009.23** | **1,280,814.23** |
| Total<br>(Report on Summary of Schedules) | **3,365,509.85** | **3,365,314.85** |

Form B6F
(10/05)

In re   **Robert M. Beevers**                                                                      ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Beeves**<br><br>**1401 Associates, LTD**<br>**1401 University Drive, Suite 200**<br>**Coral Springs, FL 33071** | - | | May 2003<br>**Personal Loan** | | | | 25,000.00 |
| Account No. **607674835**<br><br>**Advocate Health Care**<br>**Good SHeperd Hospital**<br>**450 West Highway 22**<br>**Barrington, IL 60010** | | | **August 2005**<br>**Medical Services** | | | | 181.08 |
| Account No. **04-L-12927**<br><br>**American Chartered Bank**<br>**c/o Ruff Weidenar & Ready**<br>**222 North LaSalle St., Suite 700**<br>**Chicago, IL 60601** | | | **2001**<br>**Confessional Judgment**<br>**Personal Loan** | | | | 107,000.00 |
| Account No. **23644721**<br><br>**AT&T**<br>**c/o Southwest Credti**<br>**5910 West Plano Parkway, Suite 100**<br>**Plano, TX 75093-4638** | - | | **July 2006**<br>**Long-Distance Telephone Service** | | | | 138.23 |

__6__ continuation sheets attached

Subtotal
(Total of this page)

132,319.31

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                S/N:21307-060926   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Robert M. Beevers**                                          , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4388-5752-5941-5243** <br><br> **Chase Bank** <br> **PO Box 3330** <br> **Olathe, KS 66063** | | - | | **2003/2004 Credit Card Charges** | | | | 32,884.79 |
| Account No. **5466-1600-6626-6576** <br><br> **CitiCards** <br> **PO Box 6415** <br> **The Lakes, NV 88901** | | - | | **2003/2004** <br> **Credit Card Charges** | | | | 18,260.90 |
| Account No. **Beevers** <br><br> **Cohon Raizes & Regal** <br> **208 South LaSalle, Suite 1860** <br> **Chicago, IL 60604** | | - | | **2003** <br> **Professional Services** | | | | 1,454.56 |
| Account No. **3242053008** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | | - | | **July/August 2006** <br> **Residential  Utility Services** | | | | 319.02 |
| Account No. **BEEVERS** <br><br> **Crane, Heyman, Simon, Welch & Clar** <br> **135 S. LaSalle Street** <br> **Suite 3705** <br> **Chicago, IL 60603** | | - | | **2004/2005, Professional Services** | | | | 5,706.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          58,625.27

Form B6F - Cont.
(10/05)

In re    **Robert M. Beevers** _____,    Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **04A04001**<br><br>**David Leibowitz, Lawyer**<br>**420 West Clayton Street**<br>**Waukegan, IL 60079** | - | | | **Civil Judgement** | | X | X | **3,728,859.81** |
| Account No. **03-D-735**<br><br>**Davis Friedman**<br>**135 S. LaSalle St., Suite 3600**<br>**Chicago, IL 60604** | - | | | **2004/2005**<br>**Professional Services** | | | | **14,851.50** |
| Account No. **0023931**<br><br>**East Bank Club**<br>**c/o Malcolm S. Generald**<br>**332 S. Michigan Ave., Suite 600**<br>**Chicago, IL 60604** | - | | | **2004**<br>**Club dues** | | | | **1,431.57** |
| Account No. **72439755155**<br><br>**ENH**<br>**514 Market Loop, Suite 103**<br>**Dundee, IL 60118** | - | | | **May 2005**<br>**Medical Services** | | | | **149.25** |
| Account No. **2004850195134**<br><br>**ENH-Pinacle Management Services**<br>**514 Market Loop, Suite 103**<br>**Dundee, IL 60118** | - | | | **June 2005**<br>**Medical Services** | | | | **474.75** |

Sheet no. __**2**___ of __**6**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,745,766.88**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Robert M. Beevers**_____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 011513058-6138 <br><br> **Evanston NW Healthcare Hospital Billing 23056 Network Place Chicago, IL 60673-1230** | | - | **May 2006 Medical Services** | | | | 796.00 |
| Account No. 90179-001 <br><br> **FGMK, LLC 2801 Lakeside Drive,  3rd Floor Bannockburn, IL 60015** | | - | **Professional Services November 2005** | | | | 2,758.86 |
| Account No. 932566 <br><br> **Highland Park Dental c/o A&S Collection Associates, Inc. PO Box 395 Williamstown, VT 05679** | | - | **June 2006, Dental Service** | | | | 1,000.00 |
| Account No. **Beevers** <br><br> **Hill Gstrap & Balsom 303 W. Madison Street, Suite 1050 Chicago, IL 60606** | X | - | **2003/2004/2005 Fees for Lawyers** | | | | 37,131.77 |
| Account No. 2756-000M <br><br> **Horwood Marcus & Burke 180 North LaSalle Street Suite 3700 Chicago, IL 60601** | | - | **2003/2004 Professional Services** | | | | 42,413.00 |
| Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 84,099.63 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Robert M. Beevers**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**Inga Beevers**<br>**222 Oakwood Court**<br>**Arroyo Grande, CA 93420** | | - | | | **remaining balance on**<br>**oral contract for use of vehicle.** | | | | **3,453.57** |
| Account No. **8-7859**<br><br>**James Spitz, MD**<br>**625 Roger Williams, Suite 108**<br>**Highland Park, IL 60035** | | - | | | **May 2006**<br>**Medical Services** | | | | **500.00** |
| Account No.<br><br>**K&S International Inc.**<br>**90 E. Marquardt Drive**<br>**Wheeling, IL 60090** | | - | | | **September 2006 advance for bankruptcy**<br>**attorney fees** | | | | **3,799.00** |
| Account No. **331934**<br><br>**Lake Zurich Rescue**<br>**PO Box 457**<br>**Wheeling, IL 60090** | | - | | | **August 2005**<br>**Medical Services** | | | | **700.12** |
| Account No. **04-L-11330**<br><br>**MAC Funding**<br>**c/o Masushi Fushi**<br>**203 North LaSalle, Suite 2500**<br>**Chicago, IL 60601** | **X** | - | | | **2004**<br>**Fees for Lawyers** | | | **X** | **167,900.75** |

Sheet no. __**4**__ of __**6**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**176,353.44**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Robert M. Beevers**                                    , Case No. _____

_____ Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5000009207** <br><br> **MB Financial Bank** <br> **c/o CCB Credit Services Inc.** <br> **5300 S. 6th St. Road, Frontage Rd E** <br> **Springfield, IL 62703** | | - | **April 2006 Banking Services** | | | | **956.90** |
| Account No. <br><br> **Merlin Funding** <br> **1440-1470 West Hubbard Street** <br> **1010 North Hooker Street** <br> **Chicago, IL 60622** | X | - | **Personal Guarantor/Maker of Commercial Property Lease** | X | | X | **6,238,604.00** |
| Account No. **02 L 3195** <br><br> **North Shore Community Bank** <br> **1145 Wilmette Ave.** <br> **Wilmette, IL 60091** | X | - | **May 2000** <br> **Maker/Guarantor** | | | X | **1,500,000.00** |
| Account No. **1218** <br><br> **North Shore Counseling Services** <br> **716 Smith Ave.** <br> **Lake Bluff, IL 60044** | | - | **Carly Beevers (a minor child)** <br> **December 2005 thru May 2006** <br> **Professional Services** | | | | **1,354.80** |
| Account No. **21342811** <br><br> **Rush North Shore** <br> **97805 Eagle Way** <br> **Chicago, IL 60678-9780** | | - | **May 2006** <br> **Medical Services** | | | | **1,966.82** |

Sheet no. __5___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,742,882.52**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Robert M. Beevers**                                   ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4175** <br><br> **The Family** <br> **PO Box 55067** <br> **Fort Lauderdale, FL 33355** | - | | **June 2004** <br> **Medical Services** | | | | 23,900.00 |
| Account No. **71715258** <br><br> **Van Ru Credit** <br> **PO Box 46549** <br> **Lincolnwood, IL 60645** | - | | **2004 Medical Services** | | | | 290.25 |
| Account No. **3242053008** <br><br> **Van Ru Credit Corporation** <br> **11745 W. Bradley Road** <br> **Milwaukee, WI 53224** | - | | **Collection for ComEd Bill** | | | | 328.21 |
| Account No. **T4127757-3** <br><br> **Veolia** <br> **2800 Shermer Road** <br> **Northbrook, IL 60062** | - | | **August 2006** <br> **Residential Solid Waste Removal** <br> **Services** | | | | 142.48 |
| Account No. **601233907** <br><br> **Verizon Wireless** <br> **PO Box 25506** <br> **Lehigh Valley, PA 18002-5506** | - | | **April 2006** <br> **Cellular Telephone Services** | | | | 1,155.84 |

Sheet no. __**6**__ of __**6**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 25,816.78 |
| Total <br> (Report on Summary of Schedules) | 11,965,863.83 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

THE FOLLOWING CREDITORS MAY HAVE CLAIMS AGAINST
PRE-PRESS GRAPHICS, INC.  THE DEBTOR IS SCHEDULING
THESE CREDITORS FOR NOTICE PURPOSES AND TO THE
EXTENT SUCH CREDITORS ATTEMPT TO ASSERT CLAIMS
AGAINST THE DEBTOR.  BY SCHEDULING THESE CREDITORS,
THE DEBTOR IS NOT ACKNOWLEDGING ANY LIABILITY FOR
SUCH CLAIMS.

Form B6F
(12/03)

In re   **Pre-Press Graphics Company, Inc.**                                      Case No. ___**02 B 08292**___
_____,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **A.B. Dick/Multigraphics** <br> **7400 Caldwell Ave.** <br> **Niles, IL 60714** | - | | | | | | | X | 371,283.76 |
| Account No. <br><br> **Accurate Fire Equipment Co.** <br> **3942 N. Central Ave.** <br> **Box 8** <br> **Chicago, IL 60634** | - | | | | | | | X | 247.75 |
| Account No. <br><br> **Aisa Technologies, Inc.** <br> **333 N. Michigan Ave.** <br> **Suite 1125** <br> **Chicago, IL 60601** | - | | | | | | | X | 212.50 |
| Account No. <br><br> **Albert M. Meyers** <br> **274 Draw Drive** <br> **Aspen, CO 81612** | - | | | | | | | X | 1,500,000.00 |

__40__   continuation sheets attached

Subtotal
(Total of this page)            1,871,744.01

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:21307-060831   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                          Case No. ___02 B 08292___
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Alert Protective Services 5080 N. Elston Chicago, IL 60630 | - | | | | | X | 135.00 |
| Account No. | | | | | | | |
| Alois Box Co. 2000 N. Mannheim Road Melrose Park, IL 60160 | - | | | | | X | 5,939.60 |
| Account No. | | | | | | | |
| Alpha Graphics 645 N. Michigan Ave. Suite 227 Chicago, IL 60611 | - | | | | | X | 854.80 |
| Account No. | | | | | | | |
| Alpha Graphics 208 S. LaSalle St. Chicago, IL 60604 | - | | | | | X | 178.53 |
| Account No. | | | | | | | |
| American Hospital Association One N. Franklin Chicago, IL 60606 | - | | | | | X | 1,330.95 |

Sheet no. __1__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,438.88

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                  Case No. ___02 B 08292___
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| American Invesco 1017 W. Washington Chicago, IL 60607 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Ameritech P.O. Box 4520 Carol Stream, IL 60197 | | - | | | | X | 3,233.73 |
| Account No. | | | | | | | |
| Anderson Pest Control 219 W. Diversey Elmhurst, IL 60126 | | - | | | | X | 300.78 |
| Account No. | | | | | | | |
| Anselmo Index 2235 Hammond Schaumburg, IL 60173 | | - | | | | X | 930.00 |
| Account No. | | | | | | | |
| Aramark Uniform Services 2334 S. Michigan Ave. Chicago, IL 60616 | | - | | | | X | 6,788.34 |

Sheet no. __2__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                11,252.85

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                         Case No.    __02 B 08292__
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Arc Vending, Inc. 9808 Franklin Ave. Franklin Park, IL 60131 | - | | | | | X | 157.04 |
| Account No. | | | | | | | |
| Arch Wireless 3100 Premier Drive, Suite 204 Irving, TX 75063 | - | | | | | X | 230.10 |
| Account No. | | | | | | | |
| Aria 1017 W. Washington Suite 2C Chicago, IL 60607 | - | | | | | X | 2,696.10 |
| Account No. | | | | | | | |
| Associated Press P.O. Box 4286 Grand Central Station New York, NY 10163 | - | | | | | X | 4,133.50 |
| Account No. | | | | | | | |
| AT&T P.O. Box 9001310 Louisville, KY 40290-1310 | - | | | | | X | 32.96 |

Sheet no. __3__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     7,249.70

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **Pre-Press Graphics Company, Inc.**                              Case No.    **02 B 08292**
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Axelrod & Cybak Ins. Agency 1400 E. Touhy Ave. Suite 215 Des Plaines, IL 60018 | - | | | | | X | 6,430.00 |
| Account No. | | | | | | | |
| Bank of America FSB c/o Lathrop & Gage LLC 10 S. Broadway, Suite 1300 Saint Louis, MO 63102-1708 | - | | | | | X | 1,535,669.31 |
| Account No. | | | | | | | |
| Bartlett Process Camera 527 Lunt Schaumburg, IL 60193 | - | | | | | X | 642.38 |
| Account No. | | | | | | | |
| Best Software, Inc. P.O. Box 64351 Baltimore, MD 21264 | - | | | | | X | 133.25 |
| Account No. | | | | | | | |
| Blue Thunder Truck Brokerage P.O. Box 88259 Chicago, IL 60680 | - | | | | | X | 4,288.69 |

Sheet no. __4__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,547,163.63

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Pre-Press Graphics Company, Inc.**                            Case No. __02 B 08292__
                                         Debtor ,

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Booklet Binding, Inc. 2200 W. 16th Street Broadview, IL 60153 | | - | | | | X | 13,522.50 |
| Account No. | | | | | | | |
| Bradner Smith & Co. 2300 Arthur Ave. Elk Grove Village, IL 60007 | | - | | | | X | 86,396.40 |
| Account No. | | | | | | | |
| Brian P. Weissmann C/O Kenneth Rectonis, Esq. 3 First National Plaza, #3300 Chicago, IL 60602 | | - | | | | X | 1,358,350.00 |
| Account No. | | | | | | | |
| Bruce Wald Tishler & Wald 200 S. Wacker Drive Chicago, IL 60606 | | - | | | | X | 14,912.85 |
| Account No. | | | | | | | |
| Burce Packaging Co. 8131 N. Ridgeway Skokie, IL 60076 | | - | | | | X | 9,497.12 |

Sheet no. __5__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  1,482,678.87

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                          ,    Case No. ___**02 B 08292**___

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Candice L. Warren 9 S. 213 Clarenbrook Court Clarendon Hills, IL 60627 | | - | | | | X | 2,828.00 |
| Account No. | | | | | | | |
| Canon Business Solution-Central Dept. 77-6024 Chicago, IL 60678 | | - | | | | X | 5,272.56 |
| Account No. | | | | | | | |
| CDW Computer Centers, Inc. c/o D&B RMS Bankrutpcy Services PO Box 5126 Timonium, MD 21094 | | - | | | | X | 1,500.48 |
| Account No. | | | | | | | |
| Champion Transportation Service 200 Champion Way Northlake, IL 60164 | | - | | | | X | 3,699.56 |
| Account No. | | | | | | | |
| Chicago Creative Directory 333 N. Michigan Ave. Suite 810 Chicago, IL 60607 | | - | | | | X | 3,475.00 |

Sheet no. __6__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,775.60

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Pre-Press Graphics Company, Inc.**                              Case No. __02 B 08292__
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Chicago On Time Courier 1128 W. Chicago Ave. Chicago, IL 60622 | | - | | | | X | 7,810.56 |
| Account No. | | | | | | | |
| Chicago Print Production Club 307 N. Michigan Ave. Suite 800 Chicago, IL 60601 | | - | | | | X | 500.00 |
| Account No. | | | | | | | |
| Chicago Tribune P.O. Box 6315 Chicago, IL 60680 | | - | | | | X | 515.00 |
| Account No. | | | | | | | |
| Cingular Wireless P.O. Box 806055 Chicago, IL 60680 | | - | | | | X | 62.41 |
| Account No. | | | | | | | |
| Citibank USA NA d/b/a THe Home Depot PO Box 9025 Des Moines, IA 50368 | | - | | | | X | 244.22 |

Sheet no. __7__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          9,132.19

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                    Case No.    02 B 08292
                                                                    ,
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| Citicorp Vendor Finance Inc. f/k/a Copelco Capital 1800 Overcenter Drive Moberly, MO 65270 | | - | | | | X | 20,886.92 |
| Account No. | | | | | | | |
| Clay Skougard 2316 W. Foster Ave. 3rd Floor Chicago, IL 60625 | | - | | | | X | 700.00 |
| Account No. | | | | | | | |
| Commonwealth Edison & Co. Bankruptcy Dept. 2100 Swift Drive Oak Brook, IL 60523 | | - | | | | X | 47,971.32 |
| Account No. | | | | | | | |
| Corporate Express P.O. Box 71411 Chicago, IL 60694 | | - | | | | X | 6,069.93 |
| Account No. | | | | | | | |
| Corporate Office Systems P.O. Box 87618 Chicago, IL 60680 | | - | | | | X | 7.00 |

Sheet no.  8   of  40   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                75,635.17

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Pre-Press Graphics Company, Inc.**                                    Case No.   **02 B 08292**

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Crane, Heyman, Simon, Welch & Clar 135 S. LaSalle Street Suite 3705 Chicago, IL 60603 | | - | | | | X | 38,347.75 |
| Account No. | | | | | | | |
| Creoscitex America Inc. Testa Hurwitz & Thibeault LLP 125 High Street Boston, MA 02110 | | - | | | | X | 300,369.00 |
| Account No. | | | | | | | |
| Cutting Edge 1829 N. Monitor Chicago, IL 60639 | | - | | | | X | 39,401.58 |
| Account No. | | | | | | | |
| D'ambrosia Dominic 1301 W. Washington 302B Chicago, IL 60607 | | - | | | | X | 17,022.62 |
| Account No. | | | | | | | |
| Dahlgreen Mailing Service Dept. 77-5040 Chicago, IL 60678 | | - | | | | X | 5,013.77 |

Sheet no. **9** of **40** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        400,154.72

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re      **Pre-Press Graphics Company, Inc.**                                    Case No.    **02 B 08292**

Debtor                                    ,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Dahlstrom Display, Inc. Dept. 77-5040 Chicago, IL 60678 | | - | | | | | X | 10,939.25 |
| Account No. | | | | | | | | |
| David A. Nolte Justin N. Hines Esq. 525 West Monroe, Suite 1600 Chicago, IL 60661 | | - | | | | | X | 482,142.84 |
| Account No. | | | | | | | | |
| David Azarela 1751 S. Naperville Road, Suite 209 Wheaton, IL 60187 | | - | | | | | X | 23,800.00 |
| Account No. | | | | | | | | |
| Dell Marketing Dept. Ch14012 Palatine, IL 60055 | | - | | | | | X | 2,383.64 |
| Account No. | | | | | | | | |
| Delta Industries Inc. 2201 Curtiess St. Downers Grove, IL 60515-4010 | | - | | | | | X | 4,905.00 |

Sheet no.  **10**  of  **40**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

524,170.73

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                        Case No. ___02 B 08292___
                                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J c | | | | | | |
| Account No. | | | | | | | | |
| Department of the Treasury-IRS Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | - | | | | | X | 573,391.60 |
| Account No. | | | | | | | | |
| Diamond Expedited, Inc. c/o PRN Ltd (28734) 233 Main Street Milford, OH 45150 | | - | | | | | X | 21,499.37 |
| Account No. | | | | | | | | |
| Direct Envelope 1011 Commerce Court Buffalo Grove, IL 60089 | | - | | | | | X | 573.80 |
| Account No. | | | | | | | | |
| Distinctive Graphics, Inc. 13152 S. Cicero Ave. Suite 274 Crestwood, IL 60445 | | - | | | | | X | 15,056.87 |
| Account No. | | | | | | | | |
| DLS Internet Service P.O. Box 7426 Algonquin, IL 60102 | | - | | | | | X | 1,947.00 |
| Sheet no. __11__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 612,468.64 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                        Case No.    **02 B 08292**
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Document Technologies, Inc. 105 W. Adams Suite 1100 Chicago, IL 60603 | | - | | | | | X | 351.33 |
| Account No. | | | | | | | | |
| Dominicks Finer Foods P.O. Box 75027 Chicago, IL 60675 | | | | | | | X | 225.97 |
| Account No. | | | | | | | | |
| Edward Cervony 7166 W. Grand Ave. Chicago, IL 60635 | | - | | | | | X | 31,000.00 |
| Account No. | | | | | | | | |
| Edwards Engineering, Inc. c/o Gene Eich 6032 Lincoln Ave. Morton Grove, IL 60053 | | - | | | | | X | 26,749.36 |
| Account No. | | | | | | | | |
| Elaine Chao US Dept. of Labor Secretary 230 S. Dearborn Street, #844 Chicago, IL 60604 | | - | | | | | X | 62,387.00 |

Sheet no.  **12**  of  **40**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

120,713.66

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Pre-Press Graphics Company, Inc.**                                    Case No. ___02 B 08292___

                                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Employee Benefits Cooperative P.O. Box 44347 Madison, WI 53744 | | - | | | | X | 252.00 |
| Account No. | | | | | | | |
| Envelope Printery 24320 Northline Road Taylor, MI 48180 | | - | | | | X | 745.00 |
| Account No. | | | | | | | |
| Environmental Specialties, Inc. 1621 W. Carroll Ave. Chicago, IL 60612 | | - | | | | X | 18,563.65 |
| Account No. | | | | | | | |
| Excellent Bindery Inc. 674 County Lane Road Bensenville, IL 60106 | | - | | | | X | 13,038.13 |
| Account No. | | | | | | | |
| Federal Express Corporation Attn: Revenue Recovery 2005 Corporate Ave., 2nd Floor Memphis, TN 38132 | | - | | | | X | 6,131.26 |

Sheet no. _13_ of _40_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              38,730.04

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Pre-Press Graphics Company, Inc.**                              Case No.   **02 B 08292**
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Felix Birr Engraving<br>212 N. Jefferson<br>Milwaukee, WI 53202 | - | | | | | | X | 983.38 |
| Account No. | | | | | | | | |
| Fettes, Love & Sieben<br>4325 N. Lincoln Ave.<br>Chicago, IL 60618 | - | | | | | | X | 300.00 |
| Account No. | | | | | | | | |
| Film Worker/Astro<br>232 E. Ohio St.<br>Penthouse<br>Chicago, IL 60611 | - | | | | | | X | 500.00 |
| Account No. | | | | | | | | |
| Finishing Plus, Inc.<br>135 S. LaSalle<br>Dept. 1207<br>Chicago, IL 60674 | - | | | | | | X | 1,106.85 |
| Account No. | | | | | | | | |
| First Ayd<br>1325 Gateway Dr.<br>Elgin, IL 60123 | - | | | | | | X | 417.73 |

Sheet no. __14__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,307.96

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Pre-Press Graphics Company, Inc.** _____,   Case No. ___**02 B 08292**_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Flood Brothers Disposal P.O. Box 95229 Palatine, IL 60095 | | - | | | | X | 1,158.00 |
| Account No. | | | | | | | |
| Franzen Litho Screen 5300 Highway 42 North Sheboygan, WI 53083 | | - | | | | X | 537.47 |
| Account No. | | | | | | | |
| Fuji Hunt Photographic Chemicals 40 Boroline Road Allendale, NJ 07401 | | - | | | | X | 3,259.57 |
| Account No. | | | | | | | |
| Fuji Hunt Protographic Chemicals 40 Boroline Road Allendale, NJ 07401 | | - | | | | X | 1,591.53 |
| Account No. | | | | | | | |
| Fuji Photo Film, USA 1285 Hamilton Pkwy. Itasca, IL 60143 | | - | | | | X | 5,710.54 |

Sheet no. __15__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     12,257.11

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                    Case No.    02 B 08292
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Gabriel Environmental Service 1421 N. Elston Ave. Chicago, IL 60622 | | - | | | | | X | |
| | | | | | | | | 325.00 |
| Account No. | | | | | | | | |
| Gaw O'Hare Envelope Co. 500 N. Sacremento Blvd. Chicago, IL 60612 | | - | | | | | X | |
| | | | | | | | | 8,405.26 |
| Account No. | | | | | | | | |
| Grafsolve P.O. Box 1185 Northbrook, IL 60065 | | - | | | | | X | |
| | | | | | | | | 17,029.92 |
| Account No. | | | | | | | | |
| Graphic Art Finishing 1990 N. Mannheim Melrose Park, IL 60160 | | - | | | | | X | |
| | | | | | | | | 1,053.50 |
| Account No. | | | | | | | | |
| Great Lakes Kwik Space P.O. Box 1124 Bedford Park, IL 60499 | | - | | | | | X | |
| | | | | | | | | 300.00 |

Sheet no. **16** of **40** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,113.68

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                    Case No.    **02 B 08292**
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Greg Gillis<br>16 N. Peoria St.<br>Chicago, IL 60607 | | - | | | | X | 4,923.41 |
| Account No.<br><br>Handschy Industries, Inc.<br>3633 Old Colony Road<br>Kalamazoo, MI 49008 | | - | | | | X | 104,005.47 |
| Account No.<br><br>Hansen Printing Co.<br>9745 Industrial Dr.<br>Bridgeview, IL 60455 | | - | | | | X | 243.07 |
| Account No.<br><br>Harry Ventimiglia<br>6037 El Morro Lane<br>Oak Forest, IL 60452 | | - | | | | X | 6,111.16 |
| Account No.<br><br>Hillside Disposal Service, Inc.<br>4152 May Street<br>Hillside, IL 60162 | | - | | | | X | 1,403.26 |

Sheet no. __17__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      116,686.37

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.** _____,    Case No. ___**02 B 08292**___

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J c | | | | | |
| **Account No.** | | | | | | | | |
| Home Depot P.O. Box 4534 Dept. 24 Carol Stream, IL 60197 | | - | | | | | X | 224.77 |
| **Account No.** | | | | | | | | |
| Illinois Dept of Employment Sec. Atty General Section 9th Fl 33 S. State Street Chicago, IL 60603 | | - | | | | | X | 46,548.86 |
| **Account No.** | | | | | | | | |
| Information Solution of America 20 N. Wacker Dr. Suite 1728 Chicago, IL 60606 | | - | | | | | X | 504.00 |
| **Account No.** | | | | | | | | |
| Inserts USA Dept. 4615 135 S. laSalle Chicago, IL 60674 | | - | | | | | X | 2,894.81 |
| **Account No.** | | | | | | | | |
| Internal Revenue Service District Director P.O. Box 745 Chicago, IL 60690 | | - | | | | | X | 1,203,367.83 |

| | | |
|---|---|---|
| Sheet no. __18__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,253,540.27 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                        Case No. ____02 B 08292_____

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| It's Your Serve 134 N. LaSalle, #1200 Chicago, IL 60602 | | - | | | | X | 300.00 |
| Account No. | | | | | | | |
| Jack Statland Express c/o Cappetta & Shadle Ltd 1900 Spring Road, Suite 102 Oak Brook, IL 60523 | | - | | | | X | 22,755.50 |
| Account No. | | | | | | | |
| Jarosz Stanislaw c/o David Leibowitz 420 Clayton Waukegan, IL 60085 | | - | | | | X | 5,775.00 |
| Account No. | | | | | | | |
| John Crosby 16721 Lakewood Drive Tinley Park, IL 60477 | | - | | | | X | 10,929.18 |
| Account No. | | | | | | | |
| John E. Crosby 18415 Maple Lansing, IL 60438 | | - | | | | X | 6,565.69 |

Sheet no. __19__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,325.37

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Pre-Press Graphics Company, Inc.__ , Case No. __02 B 08292__

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| John F. Crosby<br>14301 Park Avenue<br>Harvey, IL 60426 | | - | | | | | X | 6,288.65 |
| Account No. | | | | | | | | |
| John T. Foley<br>4744 N. Prairie Lane<br>Michigan City, IN 46360 | | - | | | | | X | 3,508.50 |
| Account No. | | | | | | | | |
| Johnson Paper LP<br>527 S. Wells Street<br>Chicago, IL 60607 | | - | | | | | X | 1,650.00 |
| Account No. | | | | | | | | |
| Jorson & Carlson<br>1291 Brumel Ave.<br>Elk Grove Village, IL 60007 | | - | | | | | X | 2,166.45 |
| Account No. | | | | | | | | |
| Justin M. Hines, Esq.<br>525 West Monroe Suite 1600<br>Chicago, IL 60661 | | - | | | | | X | 583,524.67 |

Sheet no. __20__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 597,138.27

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    __Pre-Press Graphics Company, Inc._____,    Case No. ___02 B 08292_____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Nancy Kay 1047 Saxony Dr. Highland Park, IL 60035 | | - | | | | | X | 2,000.00 |
| Account No. | | | | | | | | |
| Kenneth W. Rusk 832 Woodbine Court Naperville, IL 60540 | | - | | | | | X | 5,564.85 |
| Account No. | | | | | | | | |
| Kepes, Inc. 6214 38th Street Kenosha, WI 53144 | | - | | | | | X | 704.90 |
| Account No. | | | | | | | | |
| Kevin O'Connell Kane Laduzinsky & Mendoza Ltd 225 W. Washington Suite 1100 Chicago, IL 60606 | | - | | | | | X | 10,500.00 |
| Account No. | | | | | | | | |
| Key Transportation P.O. Box 129 Grapevine, TX 76099 | | - | | | | | X | 13,960.00 |

Sheet no. __21__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,729.75

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                    Case No.    02 B 08292

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Kinkos 6829 N. Lincoln Ave. Chicago, IL 60646 | | - | | | | | X | 552.50 |
| Account No. | | | | | | | | |
| Knight Graphics 41 W. 696 Tamara Dr. Elgin, IL 60123 | | - | | | | | X | 1,155.00 |
| Account No. | | | | | | | | |
| Kronos 300 Billerica Road Chelmsford, MA 01824 | | - | | | | | X | 1,462.41 |
| Account No. | | | | | | | | |
| Dana Kurth 3609 N. Damen, #1 Chicago, IL 60618 | | - | | | | | X | 51.36 |
| Account No. | | | | | | | | |
| Lab One 1001 W. Adams Chicago, IL 60607 | | - | | | | | X | 1,147.50 |

Sheet no. __22__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     4,368.77

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                    Case No.    02 B 08292
                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No.<br><br>Lamin-8 Service<br>226 W. ONtario St.<br>Chicago, IL 60610 | | - | | | | X | 127.00 |
| Account No.<br><br>Law Offices of Aaron Spivak<br>811 W. Superior St.<br>Chicago, IL 60622 | | - | | | | X | 2,070.00 |
| Account No.<br><br>Legalink Chicago<br>230 W. Monroe<br>Suite 1500<br>Chicago, IL 60606 | | - | | | | X | 3,407.70 |
| Account No.<br><br>Lex Solutio Corp.<br>1102 W. Adams ST.<br>Phoenix, AZ 85007 | | - | | | | X | 358.19 |
| Account No.<br><br>LRS Recording Co.<br>727 S. Dearborn<br>Suite 312<br>Chicago, IL 60605 | | - | | | | X | 5,000.00 |

Sheet no. __23__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    10,962.89

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                           Case No. ___02 B 08292___

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Man Capital Corp. c/o Wildman Harrold Allen & Dixon 225 W. Wacker Drive, Suite 2800 Chicago, IL 60606 | | - | | | | | X | 4,687,275.73 |
| Account No. | | | | | | | | |
| ManRoland, Inc. 800 E. Oak Hill Dr. Westmont, IL 60559 | | - | | | | | X | 25,358.86 |
| Account No. | | | | | | | | |
| Mar-Cor Environmental 11211 Melrose Street Franklin Park, IL 60131 | | - | | | | | X | 1,000.00 |
| Account No. | | | | | | | | |
| Marathon Ashland Petroleum LLC Attn: Credit Card Center PO Box 81 Findlay, OH 45839 | | - | | | | | X | 747.96 |
| Account No. | | | | | | | | |
| Marela Ancateu 3417 N. Kildare Chicago, IL 60641 | | - | | | | | X | 1,750.00 |

Sheet no. __24__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 4,716,132.55

Form B6F - Cont.
(12/03)

In re  **Pre-Press Graphics Company, Inc.**         Case No. ___**02 B 08292**___

,

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Matthew Claybour 3729 N. Kildare Chicago, IL 60641 | - | | | | | | X | 801.07 |
| Account No. | | | | | | | | |
| MBO America 400 Highland Dr. Westampton, NJ 08060 | - | | | | | | X | 562.68 |
| Account No. | | | | | | | | |
| McBride, Baker & Coles 500 W. Madison 40th Floor Chicago, IL 60661 | - | | | | | | X | 331,153.79 |
| Account No. | | | | | | | | |
| Medcore International 900 Jorie Blvd., #220 Oak Brook, IL 60523 | - | | | | | | X | 7,097.00 |
| Account No. | | | | | | | | |
| Metatec International Dept. L-661 Columbus, OH 43260 | - | | | | | | X | 11,659.55 |

Sheet no. __25__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Subtotal (Total of this page)    351,274.09

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                                      Case No.    **02 B 08292**
                                                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Michael J. Blane 2427 W. Medill Ave. Chicago, IL 60647 | - | | | | | X | 2,508.75 |
| Account No. | | | | | | | |
| Michael Zienty 16 N. Peoria St. Chicago, IL 60607 | - | | | | | X | 1,500,000.00 |
| Account No. | | | | | | | |
| David Moenkhaus 2837 N. Talman Chicago, IL 60618 | - | | | | | X | 125.00 |
| Account No. | | | | | | | |
| Monroe County SCU P.O. Box 15326 Albany, NY 12212-5326 | - | | | | | X | 232.00 |
| Account No. | | | | | | | |
| Moran Graphies Inc. d/b/a Alpa Graphics 208 S. LaSalle Street Chicago, IL 60604 | - | | | | | X | 466.00 |

Sheet no.  **26**  of  **40**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,503,331.75

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                          Case No.    02 B 08292
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Mr. Thomas Bartuch<br>722 S. Racine Ave.<br>Chicago, IL 60607 | - | | | | | X | 1,375.00 |
| Account No. | | | | | | | |
| MSA<br>850 Toughy Ave.<br>Elk Grove Village, IL 60007 | - | | | | | X | 336.00 |
| Account No. | | | | | | | |
| Multi Swatch Inc.<br>2171 W. Cermack Rd.<br>Maywood, IL 60153 | - | | | | | X | 7,605.00 |
| Account No. | | | | | | | |
| Nancy Beevers<br>1250 Cavell Street<br>Highland Park, IL 60035 | - | | | | | X | 607,458.77 |
| Account No. | | | | | | | |
| North Shore Community Bank<br>c/o Letvin & Stein<br>541 N. Fairbanks Ct., Suite 2121<br>Chicago, IL 60611 | - | | | | | X | 1,556,866.61 |

Sheet no. __27__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,173,641.38

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Pre-Press Graphics Company, Inc.**                                    Case No.  __02 B 08292__
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| NRG Co. 12935 N. Colony Dr. Mequon, WI 53097 | | - | | | | | X | 428.76 |
| Account No. | | | | | | | | |
| OEC Graphics - Chicago 137 Tower Drive Burr Ridge, IL 60527 | | - | | | | | X | 500.00 |
| Account No. | | | | | | | | |
| Peoples Gas Chicago, IL 60687 | | - | | | | | X | 5,621.18 |
| Account No. | | | | | | | | |
| Permacharge Corp. 541 Laser Road NE Rio Rancho, NM 87124 | | - | | | | | X | 337.50 |
| Account No. | | | | | | | | |
| Petitti Enterprises 6511 Northshore Spring Grove, IL 60081 | | - | | | | | X | 559.43 |

Sheet no.  __28__  of  __40__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,446.87

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                    Case No.    **02 B 08292**
                                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Philipp Lithographing Co. 1960 Wisconsin Ave. Grafton, WI 53024 | | - | | | | | X | 8,129.65 |
| Account No. | | | | | | | | |
| Phillip's Flowers & Gifts 524 Cass Avenue Westmont, IL 60559 | | - | | | | | X | 62.58 |
| Account No. | | | | | | | | |
| Platinum Converting 263 Richert Road Wood Dale, IL 60191 | | - | | | | | X | 19,830.80 |
| Account No. | | | | | | | | |
| Prazio Inc. Scanner Drum Service Peace Bridge Plaza Buffalo, NY 14213 | | - | | | | | X | 932.75 |
| Account No. | | | | | | | | |
| Pre-Press Service, Inc. 227 N. Lord Ave. Carpentersville, IL 60110 | | - | | | | | X | 140.00 |

Sheet no. __29__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    29,095.78

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**    Case No. ___02 B 08292___

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Precise Reporting Service 312 W. Randolph Street Suite 550 Chicago, IL 60606 | - | | | | | X | 2,135.27 |
| Account No. | | | | | | | |
| Preferred Graphics Co. d/b/a Litho Screan Inc. PO Box 715 Sheboygan, WI 53082 | - | | | | | X | 537.47 |
| Account No. | | | | | | | |
| Preferred Press Inc. 1935 Unit E. Brandon Ct. Glendale Heights, IL 60139 | - | | | | | X | 38,064.44 |
| Account No. | | | | | | | |
| Prestige Diecutters 4513 W. Armitage Ave. Chicago, IL 60639 | - | | | | | X | 32,190.40 |
| Account No. | | | | | | | |
| Pride Container Corp. 4545 W. Palmer Street Chicago, IL 60639 | - | | | | | X | 7,237.75 |

Sheet no. __30__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          80,165.33

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                    Case No. ___02 B 08292___

                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Prime Electric 215 S. Aberdeen Chicago, IL 60607 | | - | | | | X | 195,000.00 |
| Account No. | | | | | | | |
| PrimeSource Corporation P.O. Box 952281 Saint Louis, MO 63195 | | - | | | | X | 50.21 |
| Account No. | | | | | | | |
| Printers Express, Inc. 4350 W. Ogden Ave. Chicago, IL 60623 | | - | | | | X | 169.13 |
| Account No. | | | | | | | |
| Printing Ind. of IL/Indiana 100 S. Wacker Dr., #1732 Chicago, IL 60606 | | - | | | | X | 1,600.00 |
| Account No. | | | | | | | |
| Progressive Environmental Service 11221 Melrose St. Franklin Park, IL 60131 | | - | | | | X | 3,375.00 |
| Sheet no. __31__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | 200,194.34 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Pre-Press Graphics Company, Inc.**                              Case No.   02 B 08292
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Propaganda, Inc.<br>2222 W. Belmont Ave.<br>Chicago, IL 60618 | - | | | | | | X | 305.00 |
| Account No.<br><br>R&B Kapital Development, LLC<br>C/O Robert Beevers<br>1695 Lake Cook Road<br>Highland Park, IL 60035 | - | | | | | | X | 991,630.31 |
| Account No.<br><br>Richard Circular Folding<br>325 N. Ashland Ave.<br>Chicago, IL 60607 | - | | | | | | X | 14,434.68 |
| Account No.<br><br>Robert Beevers<br>1695 Lake Cook Road<br>Highland Park, IL 60035 | - | | | | | | X | 337,840.04 |
| Account No.<br><br>RoseExpress<br>804 W. Washington<br>Chicago, IL 60607 | - | | | | | | X | 150.89 |

Sheet no.   32   of   40   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,344,360.92

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                            Case No.    **02 B 08292**
                                                                    ,
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Royal Lithographers and Envelope 4114 S. Peoria St. Chicago, IL 60609 | | - | | | | X | 500.00 |
| Account No. | | | | | | | |
| RT Associates, Inc. 3727 Ventura Dr. Arlington Heights, IL 60004-7952 | | - | | | | X | 739.00 |
| Account No. | | | | | | | |
| Rudy G. Bondora 13617 S. End Lane Midlothian, IL 60445 | | - | | | | X | 4,111.12 |
| Account No. | | | | | | | |
| S.I. Industries of WI P.O. Box 742 Watertown, WI 53094 | | - | | | | X | 7,357.50 |
| Account No. | | | | | | | |
| Sabin Robbins Paper Company 497 Circle Freeway Drive Suite 490 Cincinnati, OH 45246 | | - | | | | X | 4,486.33 |

Sheet no. __33__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    17,193.95

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                    Case No.    **02 B 08292**
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SBC Ameritech Corporation Ameritech Corporation POB 981268 West Sacramento, CA 95798 | - | | | | | X | 2,120.79 |
| Account No. | | | | | | | |
| Sentry Fire Protection Systems 1322 W. North Ave. Chicago, IL 60622 | - | | | | | X | 90.00 |
| Account No. | | | | | | | |
| Shirley Myers 274 Draw Drive Aspen, CO 81612 | - | | | | | X | 1,600,000.00 |
| Account No. | | | | | | | |
| SI Industries of WI PO Box 742 Watertown, WI 53094 | - | | | | | X | 6,857.50 |
| Account No. | | | | | | | |
| Skil Vending 444 Lake Cook Road Suite 28 Deerfield, IL 60015 | - | | | | | X | 100.98 |

Sheet no. __34__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,609,169.27

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Pre-Press Graphics Company, Inc.**        Case No. ___02 B 08292___

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J c | | | | | | |
| Account No. | | | | | | | | |
| Sound Inc. 1550 Shore Road Naperville, IL 60563 | | - | | | | | X | 262.07 |
| Account No. | | | | | | | | |
| Sparkling Spring Water 565 Lakeview Pkwy. Suite 20 Vernon Hills, IL 60061 | | - | | | | | X | 138.66 |
| Account No. | | | | | | | | |
| Sprint P.O. Box 650270 Dallas, TX 75265-0270 | | - | | | | | X | 487.27 |
| Account No. | | | | | | | | |
| SRDS Lock Box 8428 P.O. Box 7247 Philadelphia, PA 19101 | | - | | | | | X | 2,617.00 |
| Account No. | | | | | | | | |
| Steven Kalmar 9140 W. 90th Ave. Saint John, IN 46373 | | - | | | | | X | 199.30 |

Sheet no. __35__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     3,704.30

Form B6F - Cont.
(12/03)

In re   **Pre-Press Graphics Company, Inc.**                                          Case No.   __02 B 08292__
                                                                    ,
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Steven Kramer 2746 Lagley Circle Glenview, IL 60025 | - | | | | | X | 176,741.00 |
| Account No. | | | | | | | |
| Stouffer Industries 1801 Commerce Dr. South Bend, IN 46628 | - | | | | | X | 47.13 |
| Account No. | | | | | | | |
| Straighline Couriers P.O. Box 35417 Newark, NJ 07193 | - | | | | | X | 7,973.60 |
| Account No. | | | | | | | |
| Suburban Mailing Services, Inc. 4141 S. First Ave. Lyons, IL 60534-1028 | - | | | | | X | 1,469.00 |
| Account No. | | | | | | | |
| Sureway Worldwide 24-30 Skilman Ave. Long Island City, NY 11101 | - | | | | | X | 9,663.94 |

Sheet no. __36__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    195,894.67

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                    Case No.    **02 B 08292**
                                                    ,
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Talent Group 1228 W. Wilson Ave. Chicago, IL 60640 | | - | | | | X | 2,000.00 |
| Account No. | | | | | | | |
| Tangent Screen Print, Inc. 950 N. Kilbourn Ave. Chicago, IL 60651 | | - | | | | X | 8,258.80 |
| Account No. | | | | | | | |
| Technotrans America, Inc. 2181 S. Foster Ave. Wheeling, IL 60090 | | - | | | | X | 105.61 |
| Account No. | | | | | | | |
| The Envelope Printery 24340 Northline Rd. Taylor, MI 48180-4598 | | - | | | | X | 745.00 |
| Account No. | | | | | | | |
| The Guardian P.O. Box 51505 Los Angeles, CA 90051-5805 | | - | | | | X | 434.00 |

Sheet no. __37__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            11,543.41

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Pre-Press Graphics Company, Inc.**                              Case No. ____02 B 08292____

_____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Toyo Inks P.O. Box 94006 Chicago, IL 60690 | - | | | | | X | 969.00 |
| Account No. | | | | | | | |
| Transilwrap Company, Inc. Dept. 77-6082 Chicago, IL 60678 | - | | | | | X | 26,730.91 |
| Account No. | | | | | | | |
| U. S. Life Co. P.O. Box 1592 Neptune, NJ 07754-1592 | - | | | | | X | 105.50 |
| Account No. | | | | | | | |
| Unisource 850 Arlington Heights Road Itasca, IL 60143 | - | | | | | X | 254,525.17 |
| Account No. | | | | | | | |
| United Bindery Service 1845 W. Carroll Ave. Chicago, IL 60612 | - | | | | | X | 59,310.61 |

Sheet no. __38__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    341,641.19

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **Pre-Press Graphics Company, Inc.**                                      Case No.    __02 B 08292__
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

United Parcel Service
c/o D&B RMS Bankruptcy Serv.
PO Box 4396
Lutherville Timonium, MD 21094 | | - | | | | | X | 376.61 |
| Account No.

United States Trustee
227 W. Monroe St.
Suite 3350
Chicago, IL 60606 | | - | | | | | X | 6,250.00 |
| Account No.

USF Holland Inc.
750 E. 40th Street
Holland, MI 49423 | | - | | | | | X | 905.82 |
| Account No.

Verizon Wireless
P.O. Box 6170
Carol Stream, IL 60197 | | - | | | | | X | 210.62 |
| Account No.

Victory Supply Co.
`1721 W. Grand Ave.
Chicago, IL 60622 | | - | | | | | X | 804.47 |

Sheet no. __39__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        8,547.52

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Pre-Press Graphics Company, Inc.**                                          Case No.   __02 B 08292__
_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Wam!Net! P.O. Box 70079 Chicago, IL 60673 | - | | | | | | X | 4,044.69 |
| Account No. | | | | | | | | |
| Weissmann, Brian c/o Kenneth Rectonis, Esq. 3 First Natl Plaza, #3300 Chicago, IL 60602 | - | | | | | | X | 1,365,000.00 |
| Account No. | | | | | | | | |
| Wenzel Data P.O. Box 253 South Saint Paul, MN 55075 | - | | | | | | X | 1,248.00 |
| Account No. | | | | | | | | |
| Xpect First Aid 1071 Judson St. Bensenville, IL 60106 | - | | | | | | X | 217.08 |
| Account No. | | | | | | | | |
| Xpedx P.O. Box 91694 Chicago, IL 60693 | - | | | | | | X | 57,538.16 |

Sheet no. __40__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 1,428,047.93 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 22,852,124.38 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6G
(10/05)

In re    **Robert M. Beevers**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BGM**<br>**1755 Lake Cook Road**<br>**Highland Park, IL 60035** | **Personal/Residential property lease.** |
| **Merlin Funding**<br>**1440-1470 West Hubbard Street**<br>**1010 North Hooker Street**<br>**Chicago, IL 60622** | **Personal Guarantor/Maker of Commercial Property Lease**<br>**$6,238,604.00** |

___**0**___  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6H
(10/05)

In re   **Robert M. Beevers**                                                    ,   Case No. _____
                                                            Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Estate of Albert Myers**<br>**c/o Albert Myers III**<br>**600 Peachtree Street**<br>**Atlanta, GA 30308** | **North Shore Community Bank**<br>**1145 Wilmette Ave.**<br>**Wilmette, IL 60091** |
| **Michael Zienty**<br>**Address Unknown** | **North Shore Community Bank**<br>**1145 Wilmette Ave.**<br>**Wilmette, IL 60091** |
| **Nancy Beevers**<br>**1250 Cavell**<br>**Highland Park, IL 60035**<br>   **Disputes status as Co-Debtor** | **North Shore Community Bank**<br>**1145 Wilmette Ave.**<br>**Wilmette, IL 60091** |
| **Pre-Press Graphics Inc.**<br>**c/o David Leibowitz**<br>**400 W. Clayton**<br>**Waukegan, IL 60085** | **North Shore Community Bank**<br>**1145 Wilmette Ave.**<br>**Wilmette, IL 60091** |
| **Pre-Press Graphics Inc.**<br>**c/o David Leibowitz**<br>**400 W. Clayton**<br>**Waukegan, IL 60085** | **Merlin Funding**<br>**1440-1470 West Hubbard Street**<br>**1010 North Hooker Street**<br>**Chicago, IL 60622** |
| **Pre-Press Graphics Inc.**<br>**c/o David Leibowitz**<br>**400 W. Clayton**<br>**Waukegan, IL 60085** | **MAC Funding**<br>**c/o Masushi Fushi**<br>**203 North LaSalle, Suite 2500**<br>**Chicago, IL 60601** |
| **R&B Kapital LLC**<br>**c/o Nancy Beevers**<br>**1250 Cavell**<br>**Highland Park, IL 60035** | **Hill Gstrap & Balsom**<br>**303 W. Madison Street, Suite 1050**<br>**Chicago, IL 60606** |
| **Shirley Myers**<br>**274 Draw Drive**<br>**Aspen, CO 81611** | **North Shore Community Bank**<br>**1145 Wilmette Ave.**<br>**Wilmette, IL 60091** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6I
(10/05)

In re __Robert M. Beevers_____     Case No. _____
                              Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP:<br>**Charles**<br>**Carly**<br>**Danielle** | AGE:<br>**11**<br>**17**<br>**18** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales Manager** | |
| Name of Employer | **K&S International, Inc.** | |
| How long employed | **13 months** | |
| Address of Employer | **90 East Marquardt Drive**<br>**Wheeling, IL 60090** | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions  (Prorate if not paid monthly.) | $ | **5,083.33** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **5,083.33** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **630.33** | $ | **N/A** |
|     b. Insurance | $ | **801.93** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,432.26** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,651.07** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | **N/A** |
| 11. Social security or other government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,651.07** | $ | **N/A** |

16. TOTAL COMBINED MONTHLY INCOME:     $ _____**3,651.07**     (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Form B6J
(10/05)

In re    **Robert M. Beevers**                                          Case No. _____

_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
|    a. Are real estate taxes included?      Yes ___     No **X** | | |
|    b. Is property insurance included?      Yes ___     No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 150.00 |
|           b. Water and sewer | $ | 0.00 |
|           c. Telephone | $ | 0.00 |
|           d. Other **Parking** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 8.67 |
|           b. Life | $ | 0.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 0.00 |
|           e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
|           a. Auto | $ | 127.91 |
|           b. Other | $ | 0.00 |
|           c. Other | $ | 0.00 |
|           d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 1,619.49 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 3,651.07 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Total monthly income from Line 16 of Schedule I | $ | 3,651.07 |
| b.   Total monthly expenses from Line 18 above | $ | 3,651.07 |
| c.   Monthly net income (a. minus b.) | $ | 0.00 |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert M. Beevers**                                                                Case No.   _____
                                        Debtor(s)                     Chapter      **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**66**___ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my
knowledge, information, and belief.

Date    **September 29, 2006**                          Signature    **/s/ Robert M. Beevers**
                                                                      **Robert M. Beevers**
                                                                      Debtor

        *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Robert M. Beevers** _____  Case No. _____

_____  Chapter  **7**
Debtor(s)        Chapter

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $43,208.33 | **Employment/Unemployment Compensation 2006** |
| $26,333.00 | **Employment/Unemployment Compensation 2005** |
| $60,000.00 | **Employment/Unemployment Compensation 2004** |

2

### 2. Income other than from employment or operation of business

None

■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to creditors

None

■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Nancy Beevers**<br>**1250 Cavell  Street**<br>**Highland Park, IL 60035**<br>    **Ex-Wife** | **9/05-9/06** | **$29,966.00** | **$1,770,000.00** |
| **Inga Beevers**<br>**222 Oakwood Court**<br>**Arroyo Grande, CA 93420** | **1/06-9/06** | **$1,151.19** | **$3,453.57** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **North Shore Community Bank vs. Beevers, Case No. 02-L-3195** | **Collection of $1.5 Million Credit Facility** | **Cook County** | **Pending** |
| **American Chartered  Bank vs. Beevers, Case No. 04-L-12927** | **Breach of Contract** | **Cook County** | **Judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **David Leibowitz vs. Beevers, Case No. 04-A-04001** | | **Northern District of Illinois** | **Judgment** |
| **MAC Funding vs. Beevers, Case No. 04-L-11330** | **Breach of Contract** | **Cook County** | **Judgment** |
| **American Chartered  Bank vs. Beevers Case No. 04-L-05110** | **Breach of Contract** | **Cook County** | **Pending** |
| **David Leibowitz vs. Beevers Case No. 06 A 1135** | **Section 523 Complaint** | **Northern District of Illinois** | **Dismissed** |
| **Robert Beevers vs. Nancy Beevers Case No. 04 D 967** | **Divorce** | **Lake County of Illinois** | **Judgment** |
| **Elaine L. Chao vs. Robert Beevers, et al. Case No. 06 C 2147** | | **Northern District of Illinois** | **Pending** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Chestnut Credit Counseling Services 1003 Martin Luther King Drive Bloomington, IL 61701** | **January, 2006** | **$40.00** |
| **Chestnut Health System Inc. 1003 Martin Luther King Drive Bloomington, IL 61701** | **September 2006** | **$45.00** |
| **Crane, Heyman, Simon, Welch & Clar 135 S. LaSalle Street Suite 3705 Chicago, IL 60603** | **September 13, 2006** | **$3,799.00** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Nancy L. Beevers 1250 Cavell Street Highland Park, IL 60035** | **June 24, 2005** | **Property transferred in the ordinary course pursuant to Marital  Settlement Agreement and Judgment for Dissolution of Marriage in Case No. 04-D-967.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **MAC Funding**<br>**c/o Masushi Fushi**<br>**203 North LaSalle, Suite 2500**<br>**Chicago, IL 60601** | **8/15/06** | **$985.76** |
| **MAC Funding**<br>**c/o Masushi Fushi**<br>**203 North LaSalle, Suite 2500**<br>**Chicago, IL 60601** | **9/7/06** | **$276.73** |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Inga Beevers**<br>**222 Oakwood Court**<br>**Arroyo Grande, CA 93420** | **2005 Infinity G35**<br>**$20,000.00** | **1695 Lake Cook Road**<br>**Highland Park, IL 60035** |
| **Nadar Iloulian**<br>**184 Aspen Lane**<br>**Highland Park, IL 60035** | **2 Area Rugs**<br>**$1,000.00** | **1695 Lake Cook Road**<br>**Highland Park, IL 60035** |
| **Inga Beevers**<br>**222 Oakwood Court**<br>**Arroyo Grande, CA 93420** | **1 Menorah and 2 Candle Sticks**<br>**$850.00** | **1695 Lake Cook Road**<br>**Highland Park, IL 60035** |
| **Charles Beevers (Minor)**<br>**1250 Cavell**<br>**Highland Park, IL 60035** | **Sony Trinitron TV 15"**<br>**$50.00** | **1695 Lake Cook Road**<br>**Highland Park, IL 60035** |

6

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **8 North June Terrace, Lake Forest, IL 60045** | **Robert M. Beevers** | **1/2006 through 8/2006** |
| **1047 Saxony Drive, Highland Park, IL 60035** | **Robert M. Beevers** | **6/2004 through 1/2006** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|----------------------------|
| **Pre-Press Graphics Company Incorporated** | 36-36-58616 | **16 North Peoria Street, Chicago, IL 60607 and 1440 West Hubbard Street, Chicago, IL 60622** | **Graphic Arts** | **7/1998 through 7/2004** |
| **R&B Kapital, LLC** | | **1250 Cavell Highland Park, IL 60035** | **Inactive-Real Estate Owner** | **1997-4/04** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **FGMK 2801 Lakeside Drive 3rd Floor Deerfield, IL 60015** | **2004-2006** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

8

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

NAME                                                   ADDRESS

**FGMK, LLC**                                  **2801 Lakeside Drive, 3rd Floor**
                                                      **Bannockburn, IL 60015**

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

                                                           DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY             INVENTORY SUPERVISOR                    (Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                        RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                               NATURE AND PERCENTAGE
NAME AND ADDRESS                         TITLE                              OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

NAME                                ADDRESS                           DATE OF WITHDRAWAL

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

NAME AND ADDRESS                         TITLE                       DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■    in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
   commencement of this case.

NAME & ADDRESS                                        AMOUNT OF MONEY
OF RECIPIENT,                           DATE AND PURPOSE                       OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR             OF WITHDRAWAL                          VALUE OF PROPERTY

9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**September 29, 2006**__                    Signature   __**/s/ Robert M. Beevers**__
                                                                 __**Robert M. Beevers**__
                                                                 Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert M. Beevers**

Debtor(s)

Case No. _____

Chapter   **7**   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☑    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☑    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **Personal/Residential property lease.** | **BGM** | **X** |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form 8 Cont.
(10/05)

In re   **Robert M. Beevers** _____    Case No.   _____

Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date   **September 29, 2006** _____      Signature   **/s/ Robert M. Beevers** _____

                                      **Robert M. Beevers**

                                      Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert M. Beevers**                                              Case No.
                                                    **Debtor(s)**       Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **3,799.00** |
| Prior to the filing of this statement I have received | $ | **3,799.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor          ■ Other (specify):   **K&S International, Inc. (Debtors Employer)**

3.   The source of compensation to be paid to me is:

■ Debtor          ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 29, 2006**                          **/s/ JEFFREY C. DAN**
                                                         **JEFFREY C. DAN**
                                                         **Crane, Heyman, Simon, Welch & Clar**
                                                         **Suite 3705**
                                                         **135 South LaSalle Street**
                                                         **Chicago, IL 60603-4297**
                                                         **312-641-6777**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| JEFFREY C. DAN | X  /s/ JEFFREY C. DAN | September 29, 2006 |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| Robert M. Beevers | X  /s/ Robert M. Beevers | September 29, 2006 |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert M. Beevers**                                                              Case No.
                                                    Debtor(s)        Chapter      **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **46**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **September 29, 2006**                    **/s/ Robert M. Beevers**
                                                    **Robert M. Beevers**
                                                    Signature of Debtor

1401 Associates, LLC
1401 University Drive, Suite 200
Coral Springs, FL 33071

David Leibowitz, Lawyer
420 West Clayton Street
Waukegan, IL 60079

Hill Gostrap & Balson
303 W. Madison Street, Suite 1050
Chicago, IL 60606

Advocate Health Care
Good SHeperd Hospital
450 West Highway 22
Barrington, IL 60010

Davis Friedman
135 S. LaSalle St., Suite 3600
Chicago, IL 60604

Horwood Marcus & Burke
180 North LaSalle Street
Suite 3700
Chicago, IL 60601

American Chartered Bank
c/o Ruff Weidenar & Ready
222 North LaSalle St., Suite 700
Chicago, IL 60601

Department of Finance
City of New York
Church Street Station PO Box 3606
New York, NY 10008

Illinois  Department of Labor
200 West Adams Street
Suite 1600
Chicago, IL 60606

AT&T
c/o Southwest Credti
5910 West Plano Parkway, Suite 100
Plano, TX 75093-4638

East Bank Club
c/o Malcolm S. Generald
332 S. Michigan Ave., Suite 600
Chicago, IL 60604

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794

BGM
1755 Lake Cook Road
Highland Park, IL 60035

ENH
514 Market Loop, Suite 103
Dundee, IL 60118

Inga Beevers
222 Oakwood Court
Arroyo Grande, CA 93420

Chase Bank
PO Box 3330
Olathe, KS 66063

ENH-Pinacle Management Services
514 Market Loop, Suite 103
Dundee, IL 60118

Internal Revenue Service
8125 North River Drive, Suite 103
Morton Grove, IL 60053

CitiCards
PO Box 6415
The Lakes, NV 88901

Estate of Albert Myers
c/o Albert Myers III
600 Peachtree Street
Atlanta, GA 30308

James Spitz, MD
625 Roger Williams, Suite 108
Highland Park, IL 60035

Cohon Raizes & Regal
208 South LaSalle, Suite 1860
Chicago, IL 60604

Evanston NW Healthcare
Hospital Billing
23056 Network Place
Chicago, IL 60673-1230

K&S International Inc.
90 E. Marquardt Drive
Wheeling, IL 60090

ComEd
Bill Payment Center
Chicago, IL 60668

FGMK, LLC
2801 Lakeside Drive,  3rd Floor
Bannockburn, IL 60015

Lake Zurich Rescue
PO Box 457
Wheeling, IL 60090

Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street
Suite 3705
Chicago, IL 60603

Highland Park Dental
c/o A&S Collection Associates, Inc.
PO Box 395
Williamstown, VT 05679

MAC Funding
c/o Masushi Fushi
203 North LaSalle, Suite 2500
Chicago, IL 60601

MB Financial Bank
c/o CCB Credit Services Inc.
5300 S. 6th St. Road, Frontage Rd E
Springfield, IL 62703

Shirley Myers
274 Draw Drive
Aspen, CO 81611

Merlin Funding
1440-1470 West Hubbard Street
1010 North Hooker Street
Chicago, IL 60622

The Family
PO Box 55067
Fort Lauderdale, FL 33355

Michael Zienty
Address Unknown

Van Ru Credit
PO Box 46549
Lincolnwood, IL 60645

Nancy Beevers
1250 Cavell
Highland Park, IL 60035

Van Ru Credit Corporation
11745 W. Bradley Road
Milwaukee, WI 53224

Nancy L. Beevers and Children
1250 Cavell Street
Highland Park, IL 60035

Veolia
2800 Shermer Road
Northbrook, IL 60062

North Shore Community Bank
1145 Wilmette Ave.
Wilmette, IL 60091

Verizon Wireless
PO Box 25506
Lehigh Valley, PA 18002-5506

North Shore Counseling Services
716 Smith Ave.
Lake Bluff, IL 60044

Pre-Press Graphics Inc.
c/o David Leibowitz
400 W. Clayton
Waukegan, IL 60085

R&B Kapital LLC
c/o Nancy Beevers
1250 Cavell
Highland Park, IL 60035

Rush North Shore
97805 Eagle Way
Chicago, IL 60678-9780