UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
BEEVERS, ROBERT M. § Case No. 06-12383
 §
 Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 04/29/2011 in Courtroom B,
         Park City Branch Court
         301 Greenleaf
         Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: _____
                                                                    Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                           §
                                 §
BEEVERS, ROBERT M.               §        Case No. 06-12383
                                 §
        Debtor(s)                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 2,357.09 |
| and approved disbursements of | $ | 8.67 |
| leaving a balance on hand of[1] | $ | 2,348.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 589.30 | $ 0.00 | $ 589.30 |
| Trustee Expenses: JOSEPH E. COHEN | $ 11.20 | $ 0.00 | $ 11.20 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 1.15 | $ 1.15 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 600.50 |
| Remaining Balance | $ 1,746.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 65,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Nancy Beevers 1250 Cavell Highland Park, IL 60035 | $ 65,000.00 | $ 0.00 | $ 1,746.87 |

Total to be paid to priority creditors             $         1,746.87

Remaining Balance                                  $              0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 06-12383-JHS
Robert M. Beevers                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 2          Date Rcvd: Apr 08, 2011
                         Form ID: pdf006        Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2011.
```
db          +Robert M. Beevers,    1695 Lake Cook Road, #135,    Highland Park, IL 60035-4472
aty         +Gina B Krol, ESQ,    Cohen & Krol,   105 West Madison Street #1100,    Chicago, IL 60602-4600
aty         +Jeffrey C Dan,    Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 3705,
              Chicago, IL 60603-4101
aty         +Joseph E Cohen,    Cohen & Krol,   105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty         +Linda M Kujaca,    Law Office of Deborah K. Ebner,    11 E. Adams,   Suite 904,
              Chicago, IL 60603-6306
tr          +Joseph E Cohen, Tr.,    Cohen & Krol,   105 West Madison Suite 1100,    Chicago, IL 60602-4600
10939752    +1401 Associates, LTD,    1401 University Drive, Suite 200,    Coral Springs, FL 33071-6088
10939755    +AT&T,   c/o Southwest Credti,    5910 West Plano Parkway, Suite 100,    Plano, TX 75093-2202
10939753    +Advocate Health Care,    Good SHeperd Hospital,    450 West Highway 22,    Barrington, IL 60010-1999
10939754    +American Chartered Bank,    c/o Ruff Weidenar & Ready,    222 North LaSalle St., Suite 700,
              Chicago, IL 60601-1024
10939756    +BGM,   1755 Lake Cook Road,    Highland Park, IL 60035-4411
10939757    +Chase Bank,    PO Box 3330,    Olathe, KS 66063-3330
10939758    +CitiCards,    PO Box 6415,    The Lakes, NV 88901-6415
10939759    +Cohon Raizes & Regal,    208 South LaSalle, Suite 1860,    Chicago, IL 60604-1160
10939761    +Crane, Heyman, Simon, Welch & Clar,    135 S. LaSalle Street,   Suite 3705,
              Chicago, IL 60603-4101
10939762    +David Leibowitz, Lawyer,    420 West Clayton Street,    Waukegan, IL 60085-4216
11148742    +David P. Leibowitz,Trustee,    Estate of Pre-Press Graphics,    420 W. Clayton Street,
              Waukegan, IL 60085-4216
10939763    +Davis Friedman,    135 S. LaSalle St., Suite 3600,    Chicago, IL 60603-4110
10939764    +Department of Finance,    City of New York,    Church Street Station PO Box 3606,
              New York, NY 10008-3606
10939766    +ENH,   514 Market Loop, Suite 103,    Dundee, IL 60118-2181
10939767    +ENH-Pinacle Management Services,    514 Market Loop, Suite 103,    Dundee, IL 60118-2181
10939765    +East Bank Club,    c/o Malcolm S. Generald,    332 S. Michigan Ave., Suite 600,
              Chicago, IL 60604-4318
10939768    +Estate of Albert Myers,    c/o Albert Myers III,    600 Peachtree Street,    Atlanta, GA 30308-2219
10939769     Evanston NW Healthcare,    Hospital Billing,    23056 Network Place,    Chicago, IL 60673-1230
10939770    +FGMK, LLC,    2801 Lakeside Drive, 3rd Floor,    Bannockburn, IL 60015-1275
10939771    +Highland Park Dental,    c/o A&S Collection Associates, Inc.,    PO Box 395,
              Williamstown, VT 05679-0395
10939772    +Hill Gstrap & Balsom,    303 W. Madison Street, Suite 1050,    Chicago, IL 60606-3387
10939773    +Horwood Marcus & Burke,    180 North LaSalle Street,    Suite 3700,    Chicago, IL 60601-2809
10939774    +Illinois  Department of Labor,    200 West Adams Street,   Suite 1600,    Chicago, IL 60606-5228
10939775     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10939780    +Lake Zurich Rescue,    PO Box 457,    Wheeling, IL 60090-0457
10939781    +MAC Funding,    c/o Masushi Fushi,    203 North LaSalle, Suite 2500,    Chicago, IL 60601-1262
10939782     MB Financial Bank,    c/o CCB Credit Services Inc.,    5300 S. 6th St. Road, Frontage Rd E,
              Springfield, IL 62703
11284854    +Mac Funding Corporation,    Attn Rein F Krammer Esq,    Masuda Funai Eifert & Mitchell Ltd,
              203 North LaSalle Street Suite 2500,    Chicago, Illinois 60601-1262
10939783    +Merlin Funding,    1440-1470 West Hubbard Street,    1010 North Hooker Street,
              Chicago, IL 60642-4549
10939787    +North Shore Community Bank,    1145 Wilmette Ave.,    Wilmette, IL 60091-2603
10939788    +North Shore Counseling Services,    716 Smith Ave.,    Lake Bluff, IL 60044-1640
10939789     Pre-Press Graphics Inc.,    c/o David Leibowitz,    400 W. Clayton,    Waukegan, IL 60085
10939791     Rush North Shore,    97805 Eagle Way,    Chicago, IL 60678-9780
10939792     Shirley Myers,    274 Draw Drive,    Aspen, CO 81611
10939793     The Family,    PO Box 55067,    Fort Lauderdale, FL 33355
11309442    +U S Dept of Labor,    Ruben R Chapa,    Office of the Solicitor,    230 S Dearborn St Suite 844,
              Chicago, IL 60604-1779
10939795    +Van Ru Credit Corporation,    11745 W. Bradley Road,    Milwaukee, WI 53224-2531
10939796    +Veolia,    2800 Shermer Road,    Northbrook, IL 60062-7711
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10939760    +E-mail/Text: legalcollections@comed.com Apr 08 2011 22:21:08     ComEd,    Bill Payment Center,
              Chicago, IL 60668-0001
10939797     E-mail/PDF: bankruptcyverizonwireless@afninet.com Apr 08 2011 23:57:44      Verizon Wireless,
              PO Box 25506,    Lehigh Valley, PA 18002-5506
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
10939784      Michael Zienty,    Address Unknown
10939776    ##+Inga Beevers,    222 Oakwood Court,    Arroyo Grande, CA 93420-2354
10939777    ##+Internal Revenue Service,    8125 North River Drive, Suite 103,    Morton Grove, IL 60053-2642
10939778    ##+James Spitz, MD,    625 Roger Williams, Suite 108,    Highland Park, IL 60035-4841
10939779    ##+K&S International Inc.,    90 E. Marquardt Drive,    Wheeling, IL 60090-6424
10939785    ##+Nancy Beevers,    1250 Cavell,    Highland Park, IL 60035-2914
10939786    ##+Nancy L. Beevers and Children,    1250 Cavell Street,    Highland Park, IL 60035-2914
10939790    ##+R&B Kapital LLC,    c/o Nancy Beevers,    1250 Cavell,    Highland Park, IL 60035-2914
10939794    ##+Van Ru Credit,    PO Box 46549,    Lincolnwood, IL 60646-0549
```

```
District/off: 0752-1          User: gbeemster          Page 2 of 2          Date Rcvd: Apr 08, 2011
                              Form ID: pdf006          Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****
                                                                                  TOTALS: 1, * 0, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2011**                    **Signature:** _/s/ Joseph Speetjens_