# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BEEVERS, ROBERT M. | § | Case No. 06-12383 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | NANCY BEEVERS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLERK, U.S. BANKRUPTCY COURT | | | | | |
| 000001 | DAVID P. LEIBOWITZ,TRUSTEE | | | | | |
| 000005 | MAC FUNDING CORPORATION | | | | | |
| 000003 | NANCY BEEVERS | | | | | |
| 000002 | NORTH SHORE COUNSELING SERVICES | | | | | |
| 000006 | U S DEPT OF LABOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-12383 JHS  Judge: JOHN H. SQUIRES | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BEEVERS, ROBERT M. | Date Filed (f) or Converted (c): | 09/29/06 (f) |
|  |  | 341(a) Meeting Date: | 10/26/06 |
| For Period Ending: | 12/22/12 | Claims Bar Date: | 04/20/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 15.00 | 0.00 |  | 0.00 | 0.00 |
| 2. CHECKING | 76.78 | 0.00 |  | 0.00 | 0.00 |
| 3. SECURITY DEPOSIT | 500.00 | 0.00 |  | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 1,200.00 | 0.00 |  | 0.00 | 0.00 |
| 5. APPAREL | 200.00 | 0.00 |  | 0.00 | 0.00 |
| 6. STOCK | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 7. ACCOUNT RECEIVABLE (u) | Unknown | 0.00 |  | 2,328.37 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 28.84 | Unknown |
| TOTALS (Excluding Unknown Values) | $1,991.78 | $0.00 |  | $2,357.21 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR.  TRUSTEE FOLLOWING 523 LITIGATION FILED BY CREDITORS.  TRUSTEE TO PREPARE DRAFT OF FINAL REPORT.  TRUSTEE HAS PREPARED HIS FINAL REPORT.  TRUSTEE REPORT FILED AND DISTRIBUTION MADE.  THE TRUSTEE HAS BEEN TRYING TO LOCATE A CLAIMANT WHOSE CHECK WAS RETURNED BUT HAS BEEN UNABLE TO DO SO.  TRUSTEE WILL DEPOSIT FUNDS WITH THE CLERK OF THE COURT.

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 02/28/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-12383 -JHS | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BEEVERS, ROBERT M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6676 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3125 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/06 | 7 | Schmidt Saltzman & Moran, Ltd. | ACCOUNT RECEIVABLE | 1221-000 | 2,328.37 | | 2,328.37 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.96 | | 2,330.33 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.99 | | 2,332.32 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.79 | | 2,334.11 |
| 03/01/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 1.88 | 2,332.23 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.98 | | 2,334.21 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.92 | | 2,336.13 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.98 | | 2,338.11 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.92 | | 2,340.03 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.99 | | 2,342.02 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.99 | | 2,344.01 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.49 | | 2,345.50 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.50 | | 2,347.00 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 1.25 | | 2,348.25 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.12 | | 2,349.37 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.93 | | 2,350.30 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.56 | | 2,350.86 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.07 | 2,348.79 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.56 | | 2,349.35 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.48 | | 2,349.83 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.29 | | 2,350.12 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.30 | | 2,350.42 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.30 | | 2,350.72 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.29 | | 2,351.01 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.30 | | 2,351.31 |

Page Subtotals 2,355.26 3.95

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 06-12383 -JHS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BEEVERS, ROBERT M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6676 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3125 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.23 | | 2,351.54 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.19 | | 2,351.73 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 2,351.85 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,351.87 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,351.89 |
| 02/28/09 | 000303 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 1.93 | 2,349.96 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,349.98 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 2,350.03 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.09 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.15 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.21 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.27 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.33 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.39 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.45 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.51 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,350.57 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 2,350.62 |
| 03/26/10 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.79 | 2,347.83 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,347.89 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,347.95 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 2,348.00 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,348.06 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,348.12 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,348.18 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,348.24 |

Page Subtotals  1.65  4.72

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 06-12383 -JHS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BEEVERS, ROBERT M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6676 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3125 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000  0.06 | | 2,348.30 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000  0.06 | | 2,348.36 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000  0.06 | | 2,348.42 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000  0.06 | | 2,348.48 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000  0.02 | | 2,348.50 |
| 03/29/11 | 000305 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | 1.15 | 2,347.35 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000  0.02 | | 2,347.37 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000  0.02 | | 2,347.39 |
| 05/04/11 | | Transfer to Acct #*******1809 | Final Posting Transfer | 9999-000 | 2,347.39 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 2,357.21 | 2,357.21 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 2,347.39 | |
| Subtotal | | 2,357.21 | 9.82 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 2,357.21 | 9.82 | |

Page Subtotals  0.30  2,348.54

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-12383 -JHS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BEEVERS, ROBERT M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1809  BofA - Checking Account |
| Taxpayer ID No: | *******3125 | | | |
| For Period Ending: | 12/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/04/11 | | Transfer from Acct #*******6676 | Transfer In From MMA Account | 9999-000 | 2,347.39 | | 2,347.39 |
| 05/10/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 589.27 | 1,758.12 |
| 05/10/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 11.20 | 1,746.92 |
| * 05/10/11 | 003003 | Nancy Beevers<br>1250 Cavell<br>Highland Park, IL 60035 | Claim 000004, Payment 2.68757% | 5100-003 | | 1,746.92 | 0.00 |
| * 08/31/11 | 003003 | Nancy Beevers<br>1250 Cavell<br>Highland Park, IL 60035 | Claim 000004, Payment 2.68757% | 5100-003 | | -1,746.92 | 1,746.92 |
| * 08/31/11 | 003004 | Nancy Beevers<br>1250 Cavell<br>Highland Park, IL 60035 | Claim 000004, Payment 2.68757% | 5100-004 | | 1,746.92 | 0.00 |
| * 03/02/12 | 003004 | Nancy Beevers<br>1250 Cavell<br>Highland Park, IL 60035 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 5100-004 | | -1,746.92 | 1,746.92 |
| 03/06/12 | 003005 | CLERK, U.S. BANKRUPTCY COURT | DEPOSIT OF UNCLAIMED FUNDS<br>DEPOSIT OF UNCLAIMED FUNDS | 7100-000 | | 1,746.92 | 0.00 |

Page Subtotals       2,347.39       2,347.39

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-12383 -JHS | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BEEVERS, ROBERT M. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1809  BofA - Checking Account |
| Taxpayer ID No: | *******3125 | | |
| For Period Ending: | 12/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,347.39 | 2,347.39 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 2,347.39 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,347.39 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,347.39 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********6676 | 2,357.21 | 9.82 | 0.00 |
| BofA - Checking Account - ********1809 | 0.00 | 2,347.39 | 0.00 |
| | 2,357.21 | 2,357.21 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*